Case 1:20-mj-02376-TMD   Document 3   Filed 10/19/20   Page 1 of 6

___ FILED      ___ ENTERED
___ LOGGED    ___ RECEIVED

3:46 pm, Oct 19 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT AUTHORIZING A DNA SAMPLE COLLECTION FROM THURMAN BROWN | Case No. __1:20-mj-2376 TMD__ |

**AFFIDAVIT IN SUPPORT OF
APPLICATION FOR A SEARCH WARRANT**

I, David Azur, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, depose and state as follows:

**INTRODUCTION**

1. The ATF and Baltimore Police Department ("BPD") have been investigating Thurman BROWN for violation of 18 U.S.C. § 922(g) (Felon in Possession of a Firearm). This affidavit is being submitted in support of an application for a search warrant pursuant to Federal Rule of Criminal Procedure 41 to obtain samples of DNA for comparison purposes in the form saliva from Thurman BROWN, a man born in 1983, and having been assigned an FBI number ending in 9WB8, as depicted in Attachment A. BROWN is incarcerated at the Baltimore Central Booking and Intake Center, 300 East Madison Street, Baltimore, Maryland. The warrant would authorize members of the ATF, or their authorized representatives, to obtain DNA contained within saliva samples from BROWN, as described in Attachment B.

2. I submit this affidavit for the limited purpose of securing the requested warrant. I have not included details of every aspect of this investigation to date. Rather, I have set forth only those facts that I believe are necessary to establish probable cause supporting the warrant. I have not, however, intentionally omitted information that would tend to defeat a determination of probable cause.

1

3. I believe that probable cause exists that BROWN possessed a firearm in violation of 18 U.S.C. § 922(g) on July 2, 2020. Therefore, I respectfully request that this Court find probable cause that evidence of the aforementioned criminal violation is contained in the form of DNA in saliva in the possession of BROWN.

## AFFIANT BACKGROUND

4. I have been employed by BPD since December 28, 1993. In 1997 I was assigned to a multi-jurisdictional Auto Theft Task Force. In June of 2007 I was assigned to the Violent Crime Impact Division where I began to work with the High Intensity Drug Trafficking Area task force and became a Task Force Officer with the ATF. I have received specialized training from the ATF, Federal Bureau of Investigation, and the Drug Enforcement Agency, as well as the Multi-Jurisdictional Drug Task Force.

5. I am familiar with firearm and narcotic statues, and the methods employed by those who perpetrate these acts. I have been the affiant on search warrants and made numerous arrests in the course of my career for firearm violations and other violent crimes. I know based on my training and experience that DNA can be found on items such as clothing and firearms and can be compared to a sample of DNA from a known person. This comparison can help identify or eliminate suspects. I further know that the Baltimore City Forensics lab will not test evidence for the presence of DNA (or do any subsequent comparison) without a standard to which it can be compared.

## PROBABLE CAUSE

6. On July 2, 2020, members of the BPD were patrolling the 1900 block of Walbrook Avenue in Baltimore, when they performed a random tag check on a white Buick (*i.e.*, ran the vehicle's registration through NCIC). The check revealed that the owner of the vehicle, later

identified as Thurman BROWN, had an active warrant for his arrest. The driver of the Buick exited the vehicle and began to walk down the street, at which time officers were able to confirm the driver was in fact BROWN based on the picture associated with the registration.

7. When officers approached BROWN, he fled on foot. During the pursuit, officers observed BROWN repeatedly reach into his waistband area, and then pull a firearm from his waistband and throw it under a parked car. Shortly thereafter, officers apprehended BROWN and placed him under arrest.

8. Officers walked back to the location where BROWN threw the firearm and recovered a 9 mm Taurus, model G2C, serial number ABA211258. The firearm was loaded with seven rounds of 9 mm ammunition.

8. The firearm was test fired and determined to be operable, satisfying the definition of a firearm pursuant to 18 U.S.C. § 921. The firearm was manufactured outside the state of Maryland and traveled in interstate commerce prior to its recovery in Maryland.

9. Further investigation revealed that BROWN has previously been convicted of a crime punishable by imprisonment for a term exceeding one year and is, therefore, prohibited from possessing firearms. Specifically, BROWN was convicted of violation of 18 U.S.C. § 922(g) in 2009.

10. The firearm was swabbed for the possible presence of epithelial cells. The swabs cannot be forwarded for DNA analysis until a standard for a suspect is obtained and a comparison is requested.

**DNA AUTHORIZATION REQUEST**

11. Based on my training and experience, I believe that BROWN's DNA will be on the firearm recovered during his arrest. A known sample of his DNA is required in order to test and

compare any and all DNA recovered. Accordingly, I respectfully request authorization for a warrant to obtain samples of DNA for comparison purposes in the form of saliva from BROWN to compare to the swabs taken from the firearm and magazine that I believe was possessed by BROWN in violation of 18 U.S.C. § 922(g), felon in possession.

12.   Further, I respectfully request that the Court issue a warrant authorizing members of the ATF, or their authorized representatives, to obtain DNA samples from BROWN so that the DNA sample may be compared to the swabs taken from evidence recovered in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*David Azur, T.F.O.*
Task Force Officer David Azur
Bureau of Alcohol, Tobacco, Firearms and Explosives

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this September __23__, 2020.

The Honorable Thomas M. DiGirolamo
United States Magistrate Judge

4

## **ATTACHMENT A**

**Photograph of Person to be Searched**

Thurman BROWN
YOB: 1983
Currently residing at:  CBIF
Last four digits of FBI No.: 9WB8



1:20-mj-2376 TMD

## **ATTACHMENT B**

### **Description of Items to be Seized**

Buccal (oral) swabs of the inside of BROWN's mouth limited to the extent where sufficient samples of DNA are obtained.